**B9A** (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)      Case Number **10–20120–wsh**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Kentucky

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/19/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) name(s) and address, including all other names used by the debtor(s) in the last 8 years (married, maiden, and trade names):
Adam W McAllister
6317 Taylorsport Drive
Hebron, KY 41048

| Case Number:<br>10–20120–wsh | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–2271 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Benjamin N. Wolff<br>118 West Fifth Street<br>Covington, KY 41011<br>Telephone number: (859) 757–4345 | Bankruptcy Trustee (name and address):<br>Michael L. Baker<br>541 Buttermilk Pk #500<br>PO Box 175710<br>Covington, KY 41011<br>Telephone number: (859) 426–1300 |

### Meeting of Creditors
**Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.**

Date: **February 19, 2010**      Time: **04:00 PM**
Location: **US Courthouse, 1st Fl #178, 35 W 5th St, Covington, KY 41011**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Documents must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 4/20/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>PO Box 1111<br>Lexington, KY 40588–1111<br>Telephone number: (859)233–2608 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jerry D Truitt |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: 1/20/10 |

**Case information 24 hours per day: VCIS 1–800–998–2650 or (859) 233–2650**
**Visit our website at www.kyeb.uscourts.gov for more information.**

# EXPLANATIONS
B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>Failure of the debtor(s) or the attorney for the debtor(s) to attend this meeting, without an order being entered sustaining a motion to continue, will result in a motion to dismiss the within case being filed. Failure of the debtor(s) to comply with the Order to Debtor entered on the same date as this notice, will result in a motion to dismiss the within case being filed. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all documents filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee | The trustee named on the front side is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond. The trustee may give notice of intent to abandon property of the debtor(s) at the scheduled § 341 meeting. |

**–– Refer to Other side for Important Deadlines and Notices ––**

# CERTIFICATE OF NOTICE

```
District/off: 0643-2           User: teresah                Page 1 of 1                   Date Rcvd: Jan 20, 2010
Case: 10-20120                 Form ID: b9an                Total Noticed: 20

The following entities were noticed by first class mail on Jan 22, 2010.
 db           +Adam W McAllister,    6317 Taylorsport Drive,    Hebron, KY 41048-9723
 aty          +Benjamin N. Wolff,    118 West Fifth Street,    Covington, KY 41011-1481
 tr           +Michael L. Baker,    541 Buttermilk Pk #500,    PO Box 175710,   Covington, KY 41017-5710
 ust          +U.S. Trustee,    100 E Vine St #500,    Lexington, KY 40507-1441
4103523       +ALLIANCE ONE,    4850 E STREET ROAD,    FEASTERVILLE TREVOSE PA 19053-6600
4103524       +AT & T,    175 E. HOUSTON ST.,    SAN ANTONIO TX 78205-2220
4103525       +BAC HOME LOANS/COUNTRYWIDE,    450 AMERICAN STREET,    SV416,   SIMI VALLEY CA 93065-6285
4103527       +BOONE COUNTY PROPERTY TAXES,    PO BOX 198,    3000 CONRAD LANE,   BURLINGTON KY 41005-7870
4103529       +CITIFINANCIAL,    PO BOX 499,    HANOVER MD 21076-0499
4103532        DIVERSIFIED CONSULTANTS INC.,    TMOBILE,    PO BOX 1391,   SOUTHGATE MI 48195-0391
4103534       +OUTPATIENT ANESTHESIA SPECIALISTS, INC.,     PO BOX 636012,   CINCINNATI OH 45263-0001
4103535       +PATIENT FIRST PHYSICIANS GROUP,    PO BOX 631980,    CINCINNATI OH 45263-1980
4103536       +PMAB, LLC,    PO BOX 12150,    CHARLOTTE NC 28220-2150
4103537       +TMOBILE - 5652,    7725 MALL ROAD,    FLORENCE KY 41042-1405
4103538       +UNITED COLLECTIONS BUREAU, INC.,     5620 SOUTHWYCK BLVD,    SUITE 206,   TOLEDO OH 43614-1501

The following entities were noticed by electronic transmission on Jan 20, 2010.
4103523       +EDI: ALLIANCEONE.COM Jan 20 2010 18:58:00      ALLIANCE ONE,   4850 E STREET ROAD,
               FEASTERVILLE TREVOSE PA 19053-6600
4103526       +EDI: BANKAMER.COM Jan 20 2010 18:58:00      BANK OF AMERICA,   BANKRUPTCY DEPARTMENT,
               DEPT NC4-105-03-14,    P.O. BOX 26012,    GREENSBORO NC 27420-6012
4103528       +EDI: CAPITALONE.COM Jan 20 2010 18:58:00      CAPITAL ONE,   PO BOX 30281,
               SALT LAKE CITY UT 84130-0281
4103531       +EDI: RCSDELL.COM Jan 20 2010 18:58:00      DELL FINANCIAL SERVICES,   12234 N IH 35,
               AUSTIN TX 78753-1724
4103530       +EDI: RCSDELL.COM Jan 20 2010 18:58:00      DELL FINANCIAL SERVICES,   1 DELL WAY PS2DF-2,
               ROUND ROCK TX 78682-7000
4103533       +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM                           GLA COLLECTIONS,   PO BOX 991199,
               LOUISVILLE KY 40269-1199
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 22, 2010**                              **Signature:** *Joseph Speetjens*